People of State of Illinois, on Relation of John L. Poole, State's Attorney in and for Whiteside County, Illinois, Plaintiff-Appellee, v. Gwendolyn Tucker, Defendant-Appellant.

Gen. No. 11,174.

Second District, Second Division.

August 26, 1958.

Rehearing denied September 24, 1958.

Released for publication September 24, 1958.

John R. Snively, for appellant; John L. Poole, State's Attorney, Robert Potter, Assistant State's Attorney, and L. E. Ellison, for appellee. Opinion by PRESIDING JUSTICE CROW. Not to be published in full.